UNITED STATE DISCTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACME MANUFACTURING COMPANY,

    Plaintiff,

v

LEATHERMAN TOOL GROUP, INC.,

    Defendant.

Case No. 2:10-cv-13792

Hon. Patrick J. Duggan

---

| **McDONALD HOPKINS PLC** | **BEALS HUBBARD, PLC** |
|---|---|
| James J. Giszczak (P46917) | John A. Hubbard (P39624) |
| Timothy J. Lowe (P68669) | Eric A. Parzianello (P42797) |
| 39533 Woodward Avenue, Suite 318 | 30665 Northwestern Highway, Suite 100 |
| Bloomfield Hills, Michigan 48304 | Farmington Hills, Michigan 48334 |
| (248) 220-1354 | (248) 932-1101 |
| jgiszczak@mcdonaldhopkins.com | Attorneys for Defendant |
| tlowe@mcdonaldhopkins.com | |
| Attorneys for Plaintiff | |

---

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties; the parties having resolved this dispute through facilitation; and the Court being otherwise fully apprised in the premises:

**IT IS HEREBY ORDERED** that the above entitled matter is dismissed in its entirety with prejudice and without an award of fees, costs, or expenses to any party.

**IT IS SO ORDERED.**

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

{2709363:}

Dated: May 9, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, May 09, 2011, by electronic and or ordinary mail.

        s/Marilyn Orem
        Case Manager

APPROVED AS TO FORM AND SUBSTANCE:

| **McDONALD HOPKINS PLC** | **BEALS HUBBARD, PLC** |
|---|---|
| s/Timothy J. Lowe | s/Eric A. Parzianello (w/consent) |
| James J. Giszczak (P46917) | John A. Hubbard (P39624) |
| Timothy J. Lowe (P68669) | Eric A. Parzianello (P42797) |

{2709363:}

2